Notice of Voluntary Dismissal is Acknowledged and the Motion for Preliminary Injunction (Dkt. 2) is denied as moot. TWP 11/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Elvis Jassith Rivera Salinas,

*Plaintiff,*

v.

Markwayne Mullin, in his official capacity as Secretary of the United States Department of Homeland Security;

Joseph B. Edlow, in his official capacity as Director of the United States Citizenship and Immigration Services;

United States Department of Homeland Security; and

United States Citizenship and Immigration Services,

*Defendants.*

CAUSE NO. 26-CV-02416-TWP-TAB

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elvis Jassith Rivera Salinas hereby gives notice that this case is voluntarily dismissed without prejudice. Defendants have not served an answer or filed a motion for summary judgment in this action.

Respectfully submitted,

By: /s/ Melissa Root

Melissa Root #24230-49
Lindsay C. Harrison*
Chris Baumohl*
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484
Email: MRoot@Jenner.com

* *pro hac vice*

Dated: November 17, 2026